CO-386-online
10/03

# United States District Court
# For the District of Columbia

Citizens Coal Council )
and )
Kentucky Resources Council, Inc. )
)
                Plaintiff )    Civil Action No._____
)
vs )
)
Dirk Kempthorne, )
Secretary of the Interior, )
)
                Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Citizens Coal Council_____ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Citizens Coal Council_____ which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

939538
_____
BAR IDENTIFICATION NO.

Jim Dougherty
_____
Print Name

709 3rd Street, S.W.
_____
Address

Washington, D.C.      20004
_____
City      State      Zip Code

(202) 488-1140
_____
Phone Number