CO-386-online
10/03

# United States District Court
# For the District of Columbia

| | |
|---|---|
| Citizens Coal Council<br>and<br>Kentucky Resources Council, Inc.<br><br>               Plaintiff<br><br>     vs<br><br>Dirk Kempthorne,<br>Secretary of the Interior,<br><br>               Defendant | )<br>)<br>)<br>)<br>)<br>)     Civil Action No._____<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for  __Kentucky Resources Council, Inc.__  certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of  __Kentucky Resources Council, Inc.__  which have any outstanding securities in the hands of the public:

None

These representations are made in order that judges of this court may determine the need for recusal.

                                                                Attorney of Record

                                                                _____
                                                                Signature

__939538__                                                      __Jim Dougherty__
BAR IDENTIFICATION NO.                                          Print Name

                                                                __709 3rd Street, S.W.__
                                                                Address

                                                                __Washington, D.C.__     __20004__
                                                                City          State      Zip Code

                                                                __(202) 488-1140__
                                                                Phone Number