**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CITIZENS COAL COUNCIL** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KENTUCKY RESOURCES COUNCIL, INC.** | ) | |
| | ) | |
| **Plaintiffs-Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:08-CV-0190-JR** |
| | ) | |
| **DIRK KEMPTHORNE** | ) | |
| **Secretary of the Interior** | ) | |
| | ) | |
| **Defendant-Respondent.** | ) | |
| | ) | |

## MOTION FOR ADMITTANCE PRO HAC VICE

Pursuant to LCvR 83.2 (d), Plaintiffs respectfully move the Court to admit Walton D. Morris, Jr. *pro hac vice*. Morris is a member in good standing of the Virginia State Bar (VSB #14438). He is also a member in good standing and eligible to practice before the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Fourth Circuit, and the United States District Courts for the Eastern and Western Districts of Virginia and the District of Colorado. *See* attached Declaration of Walton D. Morris, Jr.

Morris is familiar with the rules of this Court, the facts of this case, and the pleadings in this case. If permitted to appear on behalf of the Plaintiffs, Morris will be associated with the undersigned attorney, James B. Dougherty, 709 3rd Street, SW, Washington, D.C. 20024, (202) 488-1140. Dougherty is an active member in good standing of the bar of this Court. Dougherty will participate in the preparation and presentation of this case to the extent required by the Court.

For the reasons set forth above, the Plaintiffs respectfully request that the Court enter an

order allowing Walton D. Morris, Jr., to appear *pro hac vice* in all matters in this case

Respectfully submitted,

Dated: May 6, 2008

/s/ J. B. Dougherty

James B. Dougherty, Esq.
709 3rd St. SW
Washington  DC  20024
tel.:(202) 488-1140
fax: (202) 484-1789

Counsel for Plaintiffs

IN THE
**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CITIZENS COAL COUNCIL** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KENTUCKY RESOURCES COUNCIL, INC.** | ) | |
| | ) | |
| **Plaintiffs-Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:08-CV-0190-JR** |
| | ) | |
| **DIRK KEMPTHORNE** | ) | |
| **Secretary of the Interior** | ) | |
| | ) | |
| **Defendant-Respondent.** | ) | |
| | ) | |

**DECLARATION OF WALTON D. MORRIS, JR.
IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Walton D. Morris, Jr., declare as follows:

1.      My full name is Walton Davis Morris, Jr.  My office address is Morris Law Office, P.C., 1901 Pheasant Lane, Charlottesville, Virginia 22901.  My telephone number is (434) 293-6616.

2.      I am a member in good standing of the Virginia State Bar (VSB# 14438) and the Bars of the Supreme Court of the United States, the United States Court of Appeals for the District of Columbia, the United States Court of Appeals for the Fourth Circuit, the United States District Courts for the Eastern and Western Districts of Virginia, and the United States District Court for the District of Colorado.

2.      I am a 1974 graduate of the University of Texas School of Law, Austin, Texas.  For more than 30 years I have practiced environmental law in Virginia, West Virginia, Kentucky, Tennessee, Colorado, and Washington, D.C.  From October 1979 through April 1988, I served as

an attorney in the Office of the Solicitor, United States Department of the Interior.  In that capacity, I appeared occasionally in this Court and the United States Court of Appeals for the District of Columbia on behalf of the Secretary of the Interior.

3.      I certify that I have not been disciplined by any bar.

4.      I have not been admitted *pro hac vice* in this Court within the last two years, but I have been so admitted on three prior occasions.

5.      I do not engage in the practice of law from an office located in the District of Columbia.

6.      I am familiar with the facts of the above-captioned case and have read and understand the local rules of this Court.

7.      Citizens Coal Council and Kentucky Resources Council, Inc., have retained me to represent them in this action.  I wish to appear before this Court as lead attorney for all purposes.

8.      I have previously acted as sole or lead counsel in federal district courts and in state trial courts of general jurisdiction in contested bench trials and in other contested evidentiary hearings in which testimony was taken in open court and an order or other appealable judgment was entered.

9.      I have participated in a junior capacity in an entire contested jury trial in a federal district court.

10.      The facts set forth in this declaration are based on my personal knowledge and, if called as a witness, I could and would competently testify thereto under oath.  As to those matters which reflect a matter of opinion, they reflect my personal opinion and judgment.

11.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 24th day of March, 2008, at Charlottesville, Virginia.

Walton D. Morris, Jr.
Attorney at Law
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901
(434) 293-6616
E-mail: wmorris@charlottesville.net

-3-

**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CITIZENS COAL COUNCIL** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **KENTUCKY RESOURCES COUNCIL, INC.** | ) | |
| | ) | |
| **Plaintiffs-Petitioners,** | ) | |
| | ) | |
| **v.** | ) | **No. 1:08-CV-0190-JR** |
| | ) | |
| **DIRK KEMPTHORNE** | ) | |
| **Secretary of the Interior** | ) | |
| | ) | |
| **Defendant-Respondent.** | ) | |
| | ) | |

## ORDER

Upon consideration of Plaintiffs' motion to admit Walton D. Morris, Jr., pro hac vice, it is,

ORDERED that the Plaintiffs' motion is granted, and it is further ORDERED that Walton D. Morris,

Jr., may appear before the Court on all matters concerning the above captioned case.

Dated:_____

_____
James Robertson
United States District Judge

Attorneys to be Served Upon Entry of Order:

James B. Dougherty
709 3rd Street, SW
Washington, D.C. 20024
(202) 488-1140

Walton D. Morris, Jr.
Morris Law Office, P.C.
1901 Pheasant Lane
Charlottesville, Virginia 22901
(434) 293-6616

United States Attorney for the District of Columbia
555  4th Street, NW
Washington, D.C. 20001