IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS COAL COUNCIL, et al., | |
| Plaintiffs-Petitioners, | |
| v. | Civil Action No. 1:08CV00190 (JR) |
| DIRK KEMPTHORNE, | |
| Defendant-Respondent. | |

**PROOF OF SERVICE**

Pursuant to L.Cv.R. 5.3 of the U.S. District Court for the District of Columbia, I hereby certify and return that a SUMMONS in this matter was served, together with the associated COMPLAINT herein, by certified mail, return receipt requested, on February 9, 2008, upon:

U.S. Attorney
555 4th Street, NW
Washington, D.C. 20001

and

Mr. Michael Mukasey
Attorney General of the United States
U.S. Department of Justice
Washington, DC 20530

and

Mr. Dirk Kempthorne
Secretary of the Interior
18th & C Streets, NW
Washington, DC 20240.

Because I did not receive a return receipt from my initial service on the United States Attorney, I again served upon that officer the SUMMONS in this matter, together with the associated COMPLAINT herein, by certified mail, return receipt requested, on April 26, 2008. The certified mail receipts and return receipts are attached.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,

Dated: May 9, 2008            /s/ *James B. Dougherty*
James B. Dougherty
709 3rd Street S.W.
Washington, D.C. 20024
Phone: (202) 488-1140
Fax: (202) 484-1789

Attorney for Plaintiff

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Sent To: ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.: PA & 10TH ST NW
City, State, ZIP+4: WASHINGTON DC 20530

7006 2760 0001 4650 0299

PS Form 3800, August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

M. MUKASEY, ATTY. GEN
10 TH ST., PENNSYLVANIA NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): FEB 14 2008
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7006 2760 0001 4650 0299

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540