IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS COAL COUNCIL, et al., | |
|       Plaintiffs-Petitioners, | |
| v. | Civil Action No. 1:08CV00190 |
| | (JR) |
| DIRK KEMPTHORNE, | |
|       Defendant-Respondent. | |

## PROOF OF SERVICE

Pursuant to L.Cv.R. 5.3 of the U.S. District Court for the District of Columbia, I hereby certify and return that a SUMMONS in this matter was served, together with the associated COMPLAINT herein, by certified mail, return receipt requested, on February 9, 2008, upon:

    U.S. Attorney
    555 4th Street, NW
    Washington, D.C. 20001

and

    Mr. Michael Mukasey
    Attorney General of the United States
    U.S. Department of Justice
    Washington, DC 20530

and

    Mr. Dirk Kempthorne
    Secretary of the Interior
    18th & C Streets, NW
    Washington, DC 20240.

Because I did not receive a return receipt from my initial service on the United States Attorney, I again served upon that officer the SUMMONS in this matter, together with the associated COMPLAINT herein, by certified mail, return receipt requested, on April 26, 2008.  The certified mail receipts and return receipts are attached.

    I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,


Dated: May 9, 2008                                  /s/ *James B. Dougherty*
                                                     James B. Dougherty
                                                     709 3rd Street S.W.
                                                     Washington, D.C. 20024
                                                     Phone: (202) 488-1140
                                                     Fax: (202) 484-1789

                                                     Attorney for Plaintiff

**U.S. Postal Service**
**CERTIFIED MAIL_{TM} RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: U.S. ATTORNEY
Street, Apt. No.; or PO Box No.: 555 4TH ST NW
City, State, ZIP+4: WASHINGTON DC 20001

---

**U.S. Postal Service_{TM}**
**CERTIFIED MAIL_{TM} RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | $2.65    .32 |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | $0.00 |
| Total Postage & Fees | $ 5.9?  04/26/2008 |

Postmark Here

Sent To: U.S. ATTORNEY
Street, Apt. No.; or PO Box No.: 555 4TH ST NW
City, State, ZIP+4: WASHINGTON DC 20001

PS Form 3800, August 2006

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

U.S. ATTORNEY
555 4TH ST NW
WASH DC 20001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Garnett L Parker_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): APR 30 2008
C. Date of Delivery: 04-30-08

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail  ☐ Express Mail
☐ Registered  ☐ Return Receipt for Merchandise
☐ Insured Mail  ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number
(Transfer from service label)

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540