**IN THE**
**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CITIZENS COAL COUNCIL, et al., | &#124; |
| | &#124; |
| Plaintiffs-Petitioners, | &#124; |
| v. | &#124;  Civil Action No. 1:08CV00190 |
| | &#124;                                  (JR) |
| DIRK KEMPTHORNE, | &#124; |
| | &#124; |
| Defendant-Respondent. | &#124; |
| ——————————————————————— | &#124; |

---

**PROOF OF SERVICE**

---

Pursuant to L.Cv.R. 5.3 of the U.S. District Court for the District of Columbia, I hereby

certify and return that a SUMMONS in this matter was served, together with the associated

COMPLAINT herein, by certified mail, return receipt requested, on February 9, 2008, upon:

>    U.S. Attorney
>    555 4th Street, NW
>    Washington, D.C. 20001

and

>    Mr. Michael Mukasey
>    Attorney General of the United States
>    U.S. Department of Justice
>    Washington, DC 20530

and

>    Mr. Dirk Kempthorne
>    Secretary of the Interior
>    18th & C Streets, NW
>    Washington, DC 20240.

Because I did not receive a return receipt from my initial service on the United States Attorney, I again served upon that officer the SUMMONS in this matter, together with the associated COMPLAINT herein, by certified mail, return receipt requested, on April 26, 2008. The certified mail receipts and return receipts are attached.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted,


Dated: May 9, 2008                              /s/ James B. Dougherty
                                                James B. Dougherty
                                                709 3rd Street S.W.
                                                Washington, D.C. 20024
                                                Phone: (202) 488-1140
                                                Fax: (202) 484-1789

                                                Attorney for Plaintiff

**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

SOUTHWEST STATION FEB 9 WASHINGTON DC

Sent To
D. KEMPTHORNE SECRETARY OF THE INTERIOR
Street, Apt. No.; or PO Box No. 1849 C ST NW
City, State, ZIP+4 WASHINGTON DC 20240

7008 2150 0004 3240 5671

PS Form 3800 August 2006    See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

D. KEMPTHORNE
SEC. OF THE INTERIOR
1849 C ST. NW
WASHINGTON DC
20240

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
M. Luson    2/14/08

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
*(Transfer from service label)*

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540