**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
CITIZENS COAL COUNCIL, et al.,    :
                                  :
        Plaintiffs,               :
                                  :
    v.                            :  Civil Action No. 08-0190 (JR)
                                  :
DIRK KEMPTHORNE, Secretary of     :
the Interior,                     :
                                  :
        Defendant.                :
```

**ORDER**

Upon consideration of plaintiffs' motion for the *pro hac vice* appearance of Walton D. Morris, Jr. [5], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyer admitted, or at least one member of the lawyer's firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                              JAMES ROBERTSON
                         United States District Judge