## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS COAL COUNCIL,**<br>Post Office Box 964<br>Washington, PA  15301<br><br>and<br><br>**KENTUCKY RESOURCES COUNCIL, INC.,**<br>Post Office 1070<br>Frankfort, KY  40602<br><br>            **Plaintiffs,**<br><br>    v.<br><br>**DIRK KEMPTHORNE,**<br>      Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C.  20240<br><br>            **Defendant.** | **Civil Action No. 08-0190 (JR)**<br>**Electronic Case Filing** |

## NOTICE OF APPEARANCE

**THE CLERK OF THIS COURT** will please enter the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the defendant in the above-captioned case.

Respectfully submitted,

\_\_/s/_____
MERCEDEH MOMENI
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C.  20530
(202) 305-4851
(202) 514-8780 (facsimile)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of May 2008, a true and correct copy of the foregoing **Notice of Appearance** was served upon plaintiffs' counsel by first class United States mail, postage prepaid marked for delivery to:

> **JAMES B. DOUGHERTY**
> 709 3rd Street, S.W.
> Washington, D.C. 20024

> \_\_/s/_____
> MERCEDEH MOMENI
> Assistant United States Attorney
> Civil Division
> 555 4th Street, N.W.
> Washington, D.C. 20530
> (202) 305-4851
> (202) 514-8780 (facsimile)