**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CITizens COAL COUNCIL**  )<br>   and  )<br>**KENTUCKY RESOURCES COUNCIL, INC.**  )<br>   Plaintiffs-Petitioners,  )<br>  )<br>v.  )<br>  )<br>**DIRK KEMPTHORNE,**  )<br>Secretary of the Interior,  )<br>   Defendant-Respondent,  )<br>   and  )<br>  )<br>**NATIONAL MINING ASSOCIATION,**  )<br>   Proposed Intervenor.  )<br>  ) | No. 1:08-CV-190 (JR) |

## NOTICE OF COMPLIANCE WITH THE COURT'S PRO HAC VICE ORDER

Plaintiffs Citizen Coal Council and Kentucky Resources Council, Inc., hereby notify the Court that Walton D. Morris, Jr., one of their counsel in this matter, (a) has previously undergone CM/ECF training, (b) has obtained from this Court on May 21, 2008, a CM/ECF username and password for use in this action, and (c) agrees to file and receive papers electronically.

        Respectfully submitted,

        CITIZENS COAL COUNCIL
        KENTUCKY RESOURCES COUNCIL, INC.

        s/ Walton D. Morris, Jr.
        WALTON D. MORRIS, JR.,
        Virginia State Bar No. 14438
        Attorney for Plaintiffs
        Morris Law Office, P.C.
        Post Office Box 6804
        Charlottesville, Virginia 22906
        Telephone (434) 293-6616
        Fax (434) 293-2811
        E-mail: wmorris@charlottesville.net

                                                s/ James B. Dougherty, Esq.
James B. Dougherty, Esq.
D.C. Bar No. 939538
Attorney for Plaintiffs
709 3rd St. S.W.
Washington DC 20024
Telephone (202) 488-1140
Fax (202) 484-1789
E-mail: Jimdougherty@aol.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this, the 22nd day of May, 2008, I caused a copy of the foregoing Notice of Compliance with the Court's Pro Hac Vice Order to be served by first class mail, postage prepaid, on the following:

Ruth Ann Storey
General Litigation Section
Environment & Natural Resources Division
U.S. Department of Justice
P.O. Box 663
Washington, DC 20044-0663
ruth.ann.storey@usdoj.gov

Mercedeh Momeni
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

J. Michael Klise
Thomas C. Means
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Harold P. Quinn, Jr.
NATIONAL MINING ASSOCIATION
101 Constitution Avenue, N.W.
Suite 500 East
Washington, DC 20001

                                                s/ Walton D. Morris, Jr.
Walton D. Morris, Jr.
Attorney for Plaintiffs