## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **CITIZENS COAL COUNCIL**<br>Post Office Box 964<br>Washington, PA 15301<br><br>**KENTUCKY RESOURCES COUNCIL, INC.**<br>Post Office Box 1070<br>Frankfort, KY 40602,<br><br>            Plaintiffs-Petitioners,<br><br>v.<br><br>**DIRK KEMPTHORNE**<br>Secretary of the Interior<br>1849 C Street, N.W.<br>Washington, D.C. 20240,<br><br>            Defendant. | Civ. No. 08-190 (JR) |

### NOTICE OF APPEARANCE

Ruth Ann Storey hereby enters an appearance on behalf of Dirk Kempthorne, Secretary of the Interior, Federal Defendant in this case.

Service of all papers by U.S. Mail should be addressed as follows:

    Ruth Ann Storey
    Environment & Natural Resources Division
    Natural Resources Section
    P.O. Box 663
    Washington, D.C.  20044-0663

Express deliveries (Federal Express, courier etc.) should be addressed to:

    Ruth Ann Storey
    Environment & Natural Resources Division
    Natural Resources Section
    701 D St. N.W., Room 3134
    Washington, D.C.  20004

       Tel. 202 305-0506
       Fax. 202 305-0506
       email ruth.ann.storey@usdoj.gov

Dated the 3rd day of June, 2008.

                                    Respectfully submitted,

                                    RONALD J. TENPAS
                                    Assistant Attorney General

                                    /s/ Ruth Ann Storey
                                    RUTH ANN STOREY
                                    U.S. Department of Justice
                                    Environment and Natural
                                          Resources Division
                                    Natural Resources Section
                                    P.O. Box 663
                                    Washington, D.C. 20044-0663
                                    (202) 305-0493

                                    Attorney for Federal Defendant