# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

CITIZENS COAL COUNCIL,     )
                                            )

and                              )
                                            )

KENTUCKY RESOURCES COUNCIL, INC.,     )
                                            )

               Plaintiffs,     )
v.                             )     **Civil Action No. 08-0190 (JR)**
                                            )     **Electronic Case Filing**

DIRK KEMPTHORNE,     )
     Secretary of the Interior,     )
                                            )

               Defendant.     )
_____)

## NOTICE OF WITHDRAWAL

     **THE CLERK OF THIS COURT** will please withdraw the appearance of Assistant United States Attorney **Mercedeh Momeni** as counsel for the defendant in the above-captioned case.

                       Respectfully submitted,

                       __/s/_____

                       MERCEDEH MOMENI
                       Assistant United States Attorney
                       Civil Division
                       555 4th Street, N.W.
                       Washington, D.C.  20530
                       (202) 305-4851
                       (202) 514-8780 (facsimile)

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on this 3rd day of June 2008, a true and correct copy of the

foregoing **Notice of Withdrawal** was served upon counsel of record via the Court's ECF

system.

                                        __/s/_____
                                        MERCEDEH MOMENI
                                        Assistant United States Attorney
                                        Civil Division
                                        555 4th Street, N.W.
                                        Washington, D.C.  20530
                                        (202) 305-4851
                                        (202) 514-8780 (facsimile)