# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| CITIZENS COAL COUNCIL *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. No. 08-190 (JR) |
| | ) | |
| v. | ) | |
| | ) | |
| DIRK KEMPTHORNE | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF RELATED CASE

Pursuant to LCvR 40.5, Dirk Kempthorne, Secretary of the Interior (Federal Defendant), files this notice of related case.  Federal Defendant believes that this case is related to *National Mining Association (NMA) v. Office of Surface Mining Reclamation and Enforcement* (OSM), CA No. 01-366 (CKK) (D.D.C.).  The reasons for this notice are set forth below.

1.      On February 15, 2001, NMA filed a complaint in No. 01-366 (CKK) challenging regulations promulgated by OSM.  Those regulations primarily implemented Sections 507(b) and 510(c) of the Surface Mining Control and Reclamation Act of 1977 (SMCRA), which set forth certain permit application information requirements and restrict applicants from receiving permits if they own or control any surface coal mining operations that are currently in violation of SMCRA or certain other laws.  The regulations are referred to as the "ownership and control rules."

2.      As part of Court-approved settlements in the case, NMA agreed to dismiss certain claims and OSM agreed to propose certain amendments to the "ownership and control rules."  OSM proposed those amendments consistent with the requirements of the Administrative

Procedures Act and published final rules on December 3, 2007.  72 Fed. Reg. 6800-68031.

3.    It is these 2007 regulations that are challenged in this case.

4.    Judge Kollar-Kotelly has not dismissed NMA's 2001 case.  Instead, at the request of the parties, the Court is still receiving regular status reports on the implementation of the settlement agreements.

5.    NMA has filed an unopposed motion to intervene in the instant case.

THEREFORE, because NMA's 2001 case has not been dismissed, and this case involves the essentially same parties (NMA and OSM[1/]) and the same subject matter (ownership and control rules), Federal Defendant beleives that this is a related case within the meaning of LCvR 40.5.  Even more importantly, the regulations at issue here were proposed as a result of the settlement of NMA's 2001 case, a matter that is still being monitored by Judge Kollar-Kotelly.

Dated the 4[rd] day of June, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General

 /s/ Ruth Ann Storey
RUTH ANN STOREY
U.S. Department of Justice
Environment and Natural
        Resources Division
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493

Of Counsel:

Daniel W. Kilduff
U.S. Department of the Interior
Office of the Solicitor
Division of Mineral Resources

Attorney for Defendant

---

[1/]Although not a named defendant in the instant case, OSM, a component of the Department of the Interior, promulgated the regulations that Plaintiffs ask the Court to review