IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS COAL COUNCIL ) <br> and ) <br> KENTUCKY RESOURCES COUNCIL, INC. ) <br>                                **Plaintiffs-Petitioners,** ) <br> v.                                         ) <br>                                  ) <br> DIRK KEMPTHORNE, ) <br> Secretary of the Interior, ) <br>                             **Defendant-Respondent.** ) | No. 1:08-CV-0190-JR |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S NOTICE OF RELATED CASE

Plaintiffs Citizens Coal Council and Kentucky Resources Council, Inc., ("Plaintiffs") oppose the "Notice of Related Case" which defendant Dirk Kempthorne, Secretary of the Interior, filed in this action on June 4, 2008. For the reasons set forth in the June 11, 2008, order of United States District Judge Colleen Kollar-Kotelly in *National Mining Association v. Office of Surface Mining Reclamation & Enforcement*, No. 1:01-cv-366 (D.D.C.) ("*NMA*"), this action is not a related case to the *NMA* action under the related case tests established by Local Rule 40.5(a)(3). Accordingly, Plaintiffs request that the Court enter an order declining to treat this action as a related case to *NMA*.

                                               Respectfully submitted,

                                               CITIZENS COAL COUNCIL
                                               KENTUCKY RESOURCES COUNCIL, INC.

                                               s/ Walton D. Morris, Jr.
                                               WALTON D. MORRIS, JR.,
                                               Virginia State Bar No. 14438
                                               Attorney for Plaintiffs
                                               Morris Law Office, P.C.
                                               Post Office Box 6804
                                               Charlottesville, Virginia 22906
                                               Telephone (434) 293-6616
                                               Fax (434) 293-2811
                                               E-mail: wmorris@charlottesville.net

s/ James B. Dougherty, Esq.
James B. Dougherty, Esq.
D.C. Bar No. 939538
Attorney for Plaintiffs
709 3rd St. S.W.
Washington  DC  20024
Telephone (202) 488-1140
Fax (202) 484-1789
E-mail: Jimdougherty@aol.com
