**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

CITIZENS COAL COUNCIL, *et al.*,   :
                                                 :
      Plaintiffs,              :
                                               :
   v.                                      :  Civil Action No. 08-0190 (JR)
                                               :
DIRK KEMPTHORNE, Secretary of  :
the Interior,                         :
                                             :
     Defendant.              :

## ORDER

      Defendant's notice of related case [#17] has been reviewed and is rejected. This case does not appear to be amenable to Local Rule 16.3(c). The parties are instead directed to meet and confer and to submit, by 7/7/08, an agreed schedule for the filing of the administrative record, if appropriate, and the filing and briefing of dispositive motions.


                                          JAMES ROBERTSON
                         United States District Judge