## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS COAL COUNCIL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) |
| DIRK KEMPTHORNE, | ) No. 1:08-cv-00190-JR |
| Defendant, | ) |
| and | ) |
| NATIONAL MINING ASSOCIATION, | ) |
| Proposed Intervenor. | ) |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned counsel of record for Proposed Intervenor National Mining Association, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries, or affiliates of the National Mining Association that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this court may determine the need for recusal.

/s/ J. Michael Klise
J. Michael Klise
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500

Attorney of Record for National Mining Association

Dated: March 27, 2008