**IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **CITIZENS COAL COUNCIL**                         ) | |
|      **and**                                      ) | |
| **KENTUCKY RESOURCES COUNCIL, INC.**              ) | |
|               **Plaintiffs-Petitioners,**         ) | |
|                                                   ) | |
| **v.**                                            )   **No. 1:08-CV-0190-JR** |
|                                                   ) | |
| **DIRK KEMPTHORNE,**                              ) | |
| **Secretary of the Interior,**                    ) | |
|               **Defendant-Respondent,**           ) | |
|                                                   ) | |
| **and**                                           ) | |
|                                                   ) | |
| **NATIONAL MINING ASSOCIATION,**                  ) | |
|               **Intervenor-Defendant.**           ) | |
|                                                   ) | |

## JOINT MOTION TO EXTEND THE PARTIES' TIME TO MEET AND CONFER

The parties to this action jointly move the Court to enter an order extending to July 21, 2008, the time within which they may meet, confer, and submit an agreed schedule for the filing of the administrative record, if appropriate, and the filing and briefing of dispositive motions. The grounds for this motion are the following:

1.      Previously established briefing and discovery obligations of Plaintiff's counsel in other litigation have prevented his meeting and conferring with opposing counsel to the date of the filing of this joint motion.

2.      The upcoming July Fourth holiday and other scheduling conflicts do not leave sufficient time for the parties' counsel to meet and confer until the week of July 14-21, 2008.

WHEREFORE, the parties request that the Court enter an order extending to July 21, 2008, the time within which they may meet, confer, and submit an agreed schedule for filing the administrative record, if appropriate, and filing and briefing dispositive motions.

Respectfully submitted,

CITIZENS COAL COUNCIL
KENTUCKY RESOURCES COUNCIL, INC.

s/ Walton D. Morris, Jr.
WALTON D. MORRIS, JR.,
Virginia State Bar No. 14438
Attorney for Plaintiffs
Morris Law Office, P.C.
Post Office Box 6804
Charlottesville, Virginia 22906
Telephone (434) 293-6616
Fax (434) 293-2811
E-mail: wmorris@charlottesville.net

s/ James B. Dougherty, Esq.
James B. Dougherty, Esq.
D.C. Bar No. 939538
Attorney for Plaintiffs
709 3rd St. S.W.
Washington  DC  20024
Telephone (202) 488-1140
Fax (202) 484-1789
E-mail: Jimdougherty@aol.com

/s/ Ruth Ann Storey
RUTH ANN STOREY
U.S. Department of Justice
Environment and Natural Resources Division
Of Counsel: Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
(202) 305-0493

/s/ J. Michael Klise

J. Michael Klise, No. 412420
Thomas C. Means, No. 254318
CROWELL & MORING LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Attorneys for the Intervenor-Defendant