IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **CITIZENS COAL COUNCIL** ) | |
| and ) | |
| **KENTUCKY RESOURCES COUNCIL, INC.** ) | |
| Plaintiffs-Petitioners, ) | |
| ) | |
| v. ) | No. 1:08-CV-0190-JR |
| ) | |
| **DIRK KEMPTHORNE,** ) | |
| Secretary of the Interior, ) | |
| Defendant-Respondent, ) | |
| ) | |
| and ) | |
| ) | |
| **NATIONAL MINING ASSOCIATION,** ) | |
| Intervenor-Defendant. ) | |
| ) | |

**UNOPPOSED MOTION TO EXTEND THE PARTIES' TIME TO MEET AND CONFER**

Citizens Coal Council and Kentucky Resources Council, Inc. ("Plaintiffs") move the Court to enter an order extending to July 23, 2008, the time within which they may meet, confer, and submit an agreed schedule for the filing of the administrative record, if appropriate, and the filing and briefing of dispositive motions. The grounds for this motion are the following:

1. Plaintiffs have prepared and circulated a draft joint report on the scheduling matters that the Court has directed the parties to address.

2. Counsel for Intervenor-Defendant National Mining Association ("NMA") has indicated that NMA will not be prepared to respond to the draft report until Monday, June 21, 2008.

3. On Monday, June 21, 2008, Plaintiffs' counsel intends to travel a substantial distance from his office to file and prosecute a motion for emergency relief in another matter.

4. The two-day extension of time that Plaintiffs request will enable their counsel to finalize and file the parties' joint report on scheduling matters after receiving and incorporating NMA's comments on the document.

5. Counsel for the NMA and for the Federal Defendant have authorized Plaintiffs to inform the Court that neither of those parties opposes the extension of time sought by this motion.

WHEREFORE, the parties request that the Court enter an order extending to July 23, 2008, the time within which the parties may meet, confer, and submit an agreed schedule for filing the administrative record, if appropriate, and filing and briefing dispositive motions.

    Respectfully submitted,

    CITIZENS COAL COUNCIL
    KENTUCKY RESOURCES COUNCIL, INC.

    s/ Walton D. Morris, Jr.
    WALTON D. MORRIS, JR.,
    Virginia State Bar No. 14438
    Attorney for Plaintiffs
    Morris Law Office, P.C.
    Post Office Box 6804
    Charlottesville, Virginia 22906
    Telephone (434) 293-6616
    Fax (434) 293-2811
    E-mail: wmorris@charlottesville.net

    s/ James B. Dougherty, Esq.
    James B. Dougherty, Esq.
    D.C. Bar No. 939538
    Attorney for Plaintiffs
    709 3rd St. S.W.
    Washington  DC  20024
    Telephone (202) 488-1140
    Fax (202) 484-1789
    E-mail: Jimdougherty@aol.com