IN THE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS COAL COUNCIL<br>   and<br>KENTUCKY RESOURCES COUNCIL, INC.<br><br>                      Plaintiffs-Petitioners,<br><br>v.<br><br>DIRK KEMPTHORNE,<br>   Secretary of the Interior,<br>                      Defendant-Respondent,<br>   and<br><br>NATIONAL MINING ASSOCIATION,<br><br>                      Intervenor-Defendant. | No. 1:08-CV-190 (JR) |

**JOINT REPORT OF THE PARTIES**

Pursuant to the Court's June 19, 2008, order, the parties have conferred and submit this report of agreement on a schedule for the filing of the administrative record and the filing and briefing of dispositive motions.

1. **Filing the Administrative Record.**

The parties anticipate that the Court's review will be based on the administrative record and the law. The Secretary of the Interior ("Federal Defendant") agrees to notify Citizens Coal Council and Kentucky Resources Council, Inc. ("Plaintiffs") and intervenor National Mining Association ("NMA") of the content of his proposed administrative record no later than September 1, 2008, and to consult with them to identify any disputes concerning its content.  The parties agree to work promptly to identify and resolve any such disputes, but Plaintiffs and NMA each reserve the right to seek discovery regarding the scope and content of the administrative record.  Federal Defendant

asserts that the Court's review should be limited to the administrative record and reserves the right to object to any discovery sought by Plaintiffs or NMA. No later than sixty days after Federal Defendant's notice of the proposed content of the record, Federal Defendant will file the administrative record with the Court. Federal Defendant agrees to provide Plaintiffs and NMA with separate electronic copies of the certified administrative record on the day it is filed with the Court. Plaintiffs and NMA agree to present to the Court for resolution any unresolved disputes regarding the content of the administrative record no later than thirty days after Federal Defendant lodges the administrative record with the Court.

2.  **Briefing Cross-Motions for Summary Judgment**

The parties propose that (a) Plaintiffs file their motion for summary judgment and supporting memorandum no later than 45 days after Federal Defendant files the final, certified administrative record or no later than 45 days after the Court resolves any disputes regarding the content of the administrative record; (b) Federal Defendant and NMA each file a combined cross-motion for summary judgment and supporting memorandum and brief in opposition to Plaintiffs' motion no later than 45 days after service of Plaintiffs' motion and memorandum, (c) Plaintiffs file their combined reply brief and brief in opposition to the summary judgment motions of Federal Defendant and NMA no later than 21 days after service of Federal Defendant's and NMA's cross-motions and memoranda and briefs in opposition, and (d) Federal Defendant and NMA each file their reply briefs no later than 21 days after service of Plaintiffs' reply.

Plaintiffs request that the briefing schedule also allow Plaintiffs to file a surreply no later than 14 days after service of Federal Defendant's and NMA's replies. Federal Defendant and NMA believe that Plaintiffs' request for leave to file a surreply is premature. They suggest that if Plaintiffs

believe at the close of briefing that a surreply is necessary, Plaintiffs should move at that time for leave to file it.

    Dated: July 21, 2008

                              Respectfully submitted,

                              CITIZENS COAL COUNCIL
                              KENTUCKY RESOURCES COUNCIL, INC.

                              s/ Walton D. Morris, Jr.
                              WALTON D. MORRIS, JR.,
                              Virginia State Bar No. 14438
                              Attorney for Plaintiffs
                              Morris Law Office, P.C.
                              1901 Pheasant Lane
                              Charlottesville, Virginia 22901
                              Telephone (434) 293-6616
                              Fax (434) 293-2811
                              E-mail: wmorris@charlottesville.net

                              s/ James B. Dougherty, Esq.
                              James B. Dougherty, Esq.
                              D.C. Bar No. 939538
                              Attorney for Plaintiffs
                              709 3rd St. S.W.
                              Washington  DC  20024
                              Telephone (202) 488-1140
                              Fax (202) 484-1789
                              E-mail: Jimdougherty@aol.com

                              /s/ Ruth Ann Storey
                              RUTH ANN STOREY
                              U.S. Department of Justice
                              Environment and Natural Resources Division
                              Of Counsel: Natural Resources Section
                              P.O. Box 663
                              Washington, D.C. 20044-0663
                              (202) 305-0493

<div style="margin-left:50%">

<u>s/ J. Michael Klise</u>
J. Michael Klise
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595
(202) 624-2500
Counsel for Intervenor-Defendant

</div>